11/12//2021

Rupert Anyaegbunam
45 Aspen PL 6A
Passaic, New Jersey 07055

U S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2021 NOV 18 P 12: 04

District of New Jersey
Judge John Miachael Vasquez

Pro Se Department
Case Name: ANYAEGBUNAM v. ARS ACCOUNT RESOLUTION, LLC et al Case Number: 2:21-cv-13409-JMV-JBC

Hello,

I am requesting a 30-day extension to submit an amended complaint in response to the motion to dismiss the case.

Best,



Rupert Anyaegbunam

