**Not for Publication**

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| RUPERT ANYAEGBUNAM, *Plaintiff,* v. ARS ACCOUNT RESOLUTION, LLC, TRANS UNION, LLC, EQUIFAX, LLC, & EXPERIAN, LLC *Defendants*. | Civil Action No. 21-13409 **ORDER** |

**John Michael Vazquez, U.S.D.J.**

This matter is opened *sua sponte* by the Court as to Plaintiff Rupert Anyaegbunam's address. And it

**APPEARING** that after Plaintiff filed his Complaint and application to proceed *in forma pauperis*, the Clerk entered the notice of guidelines for appearing *pro se*. D.E. 2. The guidelines notified Plaintiff of the following:

> It is your responsibility to keep the Court and opposing counsel, if any, advised of your current mailing address. Failure to do so could result in Court orders or other information not being timely delivered, which may result in your case being dismissed for failure to prosecute, or otherwise affect your legal rights. The Court's local rules require you to file a notice of change of address with the Clerk of Court within seven (7) days of being apprised of any such address change. *See* Local Civil Rule 10.1(a).

*Id.* at 1-2; and it further

**APPEARING** that, in pertinent part, Local Rule Civil Rule 10.1(a) provides that "[c]ounsel and/or unrepresented parties must advise the Court of any change in their or their client's address within seven days of being apprised of such change by filing a notice of said change with the Clerk." L. Civ. R. 10.1(a). Local Rule Civil Rule 10.1(a) further provides "[f]ailure to file a notice of address change may result in the imposition of sanctions by the Court." *Id.*; and it further

**APPEARING** that on October 13, 2021, the Court granted Plaintiff's application to proceed *in forma pauperis* but dismissed his Complaint without prejudice. D.E. 3. The Court directed the Clerk's Office to send Plaintiff the Order and Opinion by regular mail and certified mail return receipt. *Id.*; and it further

**APPEARING** that on January 11, 2022, the Clerk indicated that the certified mailing was "unclaimed" and that the Postal Service was "unable to forward[.]" D.E. 6; and it further

**APPEARING** that on November 18, 2021, Plaintiff requested, and the Court granted, an extension of time to file an amended complaint, D.E. 4; D.E. 5, meaning that Plaintiff did receive the Court's Order and Opinion, D.E. 3.

For the foregoing reasons and good cause shown,

IT IS on this 12th day of January, 2022,

**ORDERED** that within seven (7) days of receipt of this Order, and pursuant to Local Civil Rule 10.1(a), Plaintiff shall advise the Court in writing on the docket of Plaintiff's current mailing address; and it is further

**ORDERED** that the Clerk shall serve this Order upon Plaintiff by regular mail and by certified mail return receipt.

_____
John Michael Vazquez, U.S.D.J.