Rupert Anyaegbunam

C/O PO Box 1419, Passaic, New Jersey, 07055

Email:Reajr264@gmail.com

Date: 01/17/22

U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED
2022 JAN 28 A 10: 41

Civil Action No: 21-13409

Subject: Change of Address

Dear Sir/Madam,

This letter is to inform you that I am moving to a new address. I kindly request you to update your records with my new address for all future communications.

Current Address: 45 Aspen Pl 6A, Passaic, New Jersey 07055

New Address: C/O P.O. Box 1419, Passaic, New Jersey 07055

*Rupert Any[signature]*



PM 12 31 567
RECEIVED
⬚ ⬚ 2022



1000

07102

U.S. POSTAGE PAID
FCM LETTER
PASSAIC, NJ
07055
JAN 18 22
AMOUNT
**$6.80**
R2305K141666-3



CERTIFIED MAIL

7020 3160 0000 5169 9050

Martin Luther King Building
50 Walnut St #4015
Newark, NJ 07102

07102-357015

Rupert Anyaegbunam
c/o PO Box 1419
Passaic, New Jersey (07055)



2022 JAN 28 A 9:40
RECEIVED
DISTRICT OF NEW JERSEY
U.S. DISTRICT COURT