| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by *(Please Print Clearly)* \| B. Date of Delivery<br>C. Signature<br>X *Patricia Muel*  ☐ Agent  ☐ Addressee |
| 1. Article Addressed to:<br><br>Rupert Anyaegbunam<br>c/o P.O. Box 1419<br>Passaic, NJ 07055 | D. Is delivery address different from item 1?  ☐ Yes  ☐ No<br>If YES, enter delivery address below: |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*   ☐ Yes |
| 2. Article Number *(Copy from service label)*<br>7011 3500 0000 6744 8525 | |

PS Form 3811, July 1999         Domestic Return Receipt         102595-00-M-0952



RE: 21-13409, DE# 10, Order