**Not for Publication**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| RUPERT ANYAEGBUNAM,<br><br>    *Plaintiff*,<br><br>v.<br><br>ARS ACCOUNT RESOLUTION, LLC, TRANS UNION, LLC, EQUIFAX, LLC, & EXPERIAN, LLC,<br><br>    *Defendants*. | Civil Action No. 21-13409 (JMV) (JBC)<br><br>**OPINION & ORDER** |

**John Michael Vazquez, U.S.D.J.**

On May 17, 2022, the Court entered an opinion and order granting *pro se* Plaintiff Rupert Anyaegbunam's application for proceed *in forma pauperis* and dismissing his Amended Complaint pursuant to 28 U.S.C. § 1915(e)(2)(B), D.E. 22; and it

**APPEARING** that the Court dismissed the Amended Complaint without prejudice and provided Plaintiff thirty (30) days to file a further amended pleading that cured the noted deficiencies. *Id.* The opinion and order further stated that if Plaintiff failed to file a further amended pleading within thirty days, the claims would be dismissed with prejudice, *id.*; and it further

**APPEARING** that Plaintiff has not yet filed a further amended pleading,

Accordingly, for the reasons set forth above and for good cause shown,

IT IS on this 5th day of July, 2022,

**ORDERED** that the Amended Complaint is **DISMISSED with prejudice**; and it is further

**ORDERED** that the Clerk of the Court is directed to close this matter.

_____
John Michael Vazquez, U.S.D.J.